

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2015

No. 04-15-00058-CR

Cynthia Torres **LEAL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 12-08-00087-CRF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due April 10, 2015, but was not filed. On April 13, 2015, this court notified reporters' Richey Gentry and Steve Turner by letter that they are the court reporter responsible for timely filing the reporter's records, and the records had not been filed. Our notice required the reporters to file the record no later than May 13, 2015, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to appeal without paying the fee, in which case the reporters were required to file a notice so advising the court no later than April 23, 2015. Court reporter Richie Gentry filed his portion of the reporter's record on April 27, 2015. However, we received no response to our letter from court reporter Steve Turner.

Accordingly, we **ORDER** court reporter Steve Turner to file his portion of the reporter's record in this court on or before **June 17, 2015**. Mr. Turner is advised that if the record is not received by this date, we may order him to appear and show cause why he should not be held in contempt. We further **order** the clerk of this court to serve this order on court reporter **Steve Turner** by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court